IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANISHA YOUNG and ATIBA KENYATTA, Individually and on behalf of their daughter Z.K., a minor<br><br>Plaintiffs,<br>v.<br><br>TEMPLE UNIVERSITY HOSPITAL, ET AL.<br><br>Defendants. | CIVIL ACTION<br><br>18-02803 |

# ORDER

**AND NOW**, this 3rd day of January, 2019, upon consideration of Plaintiffs' Motion to Remand (Doc. No. 9) and the Response by Defendants Temple University Hospital, Inc., Temple University of the Commonwealth System of Higher Education, Temple University Health System, Inc, and Erin Cavanaugh, M.D. (Doc. No. 10), and following a conference with the parties on October 25, 2018, it is hereby **ORDERED** that the Motion is Remand is **GRANTED** and the case is **REMANDED** to the Court of Common Pleas for Philadelphia County as set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**